IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES BROADHEAD,               )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:16cv671-MHT
                               )           (WO)
OFFICER, SERGEANT HRANDAY      )
W., et al.,                    )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that he was assaulted and subjected to excessive force by defendants, officers at Bullock Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the requisite filing and administrative fees upon his initiation of this case. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of September, 2016.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**